1:24-cv-03142-TOR

To whomever this may concern,

I really was afraid to even send this off to you. I am an informant & the case is still pending. However, this is not part of the lawsuit but I am afraid of a counter sue because I've been an informant since 2012 & these recent ideas I've given the WWE was just over 8 years ago. I gave the WWE ideas while intoxicated I was drugged 5 times with a span of 2 days with Heroine & Truth Serum "As Punishment" for being a informant. Not only do I not remember every idea but I do remember being asked what I was going to do with my earning; Vince saw it as competition & he got so desperate Vince went from "oh I see how she talks about you" he was talking about his daughter - to "I'll talk to her about doing some kind of sexual activity with you if you sign with the WWE." I am paraphrasing. To even saying he would talk with personal & even wrestlers to doing the same thing with me if I signed with his company with my Dream idea as what he is calling "TKO" was not part of our exchange of ideas. This was my idea "PIE" This is why I do not want anything to do with the WWE- only my payment. I did give them the option to do one event. I do request that this & the messages between Vince & Daniel & Sasha to be investigated - as well as my ideas because he tried altering my ideas & also tried to pay me for one idea for all of them. I am not asking for any favors, just what is fair & accurate for every idea which is half an even 50-50 split, Also Please Remember the case is still pending. My phone is off as I am unemployed since March but am putting in apps as well fighting for my old job back &

I Have Been The only one Looking or Have Been Employed where I Am currently Livings. My Email address Is Lelandowens2022@outlook.com. I will Have My Phone Back on; on The 25th of September.

-Leland Owens