Leland Owens
PO Box 254
Wapato, Wa
            98951


Clerks office
PO Box 1493
Spokane, Wa
            99210

RECEIVED
SEP 16 2024
CLERK, U.S. DISTRICT COURT
SPOKANE, WA