FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 07, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

LELAND H. OWENS,

    Plaintiff,

v.

WORLD WRESTLING ENTERTAINMENT, VINCE McMAHON, STEPHANIE McMAHON, and LINDA McMAHON,

    Defendants.

No. 1:24-CV-3142-TOR

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITH LEAVE TO RENEW

    Before the Court is Plaintiff's Application to proceed *in forma pauperis*.

    A review of the affidavit of indigency reveals that Plaintiff failed to include the amount of income derived from the Upper Skagit Tribe as referenced by Plaintiff. Plaintiff must include the amounts from his Tribe and the frequency he receives income at the bottom of page one. On page two, Plaintiff must include any living expenses, such as housing, utilities, food, *et cetera*. If there are not any living expenses, please explain why. Accordingly, the court is unable to allow Plaintiff to proceed *in forma pauperis*.

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS - 1

1    Within thirty (30) days of the date of this Order Plaintiff shall submit a new
2  and properly completed Application to proceed *in forma pauperis* or pay the full
3  filing fee.
4    **IT IS SO ORDERED.**
5    DATED October 7, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE