FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LELAND H. OWENS,<br><br>                        Plaintiff,<br><br>     v.<br><br>WORLD WRESTLING ENTERTAINMENT, VINCE MCMAHON; STEPHANIE MCMAHON; and LINDA MCMAHON,<br><br>                      Defendants. | NO. 1:24-CV-3142-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is Plaintiff's Complaint that was filed on September 16, 2024. ECF No. 1. Also before the Court is the Report and Recommendation to deny in forma pauperis status. ECF No. 4. The Court has reviewed the record and files herein and is fully informed. For the reasons discussed below, this action is dismissed.

Plaintiff has not paid the filing fee for this case. The Court agrees with the Report and Recommendation to deny in forma pauperis status. Plaintiff has

ORDER OF DISMISSAL ~ 1

alleged no grounds for federal jurisdiction. Plaintiff has not served his Complaint on the Defendants timely or otherwise.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

This action is **DISMISSED** without prejudice for failing to pay the filing fee, failing to allege any federal jurisdiction, and failure to serve the Defendants.

The District Court Executive is directed to enter this Order, enter Judgment accordingly, furnish a copy to Plaintiff, and **CLOSE** the file.

**DATED** December 12, 2024.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2